GEORGE D. WUEPPESAHL *vs.* THE CONNECTICUT COMPANY.

Third Judicial District.

Argued October 29th—decided December 20th, 1913.

ACTION to recover damages for injuries to the plaintiff's wagon, and for the loss of the services of the plaintiff's minor son resulting from personal injuries to him, and for medical expenses incurred in his behalf, all alleged to have been caused by the defendant's negligence, brought to the Superior Court in New Haven County and tried to the jury before *Bennett, J.;* the court directed a verdict for the defendant, from the judgment upon which the plaintiff appealed. *No error.*

The parties agreed that the decision of this court in this case should control and dispose of the case of the son, William, against the Connecticut Company, the two causes having been tried together in the court below and argued on one brief in this court.

*Walter J. Walsh,* for the appellant (plaintiff).

*Thomas M. Steele* and *Harrison T. Sheldon,* for the appellee (defendant).

PER CURIAM. The injuries for which recovery is sought were received while the plaintiff's son was driving the plaintiff's horse and wagon, and were occasioned by a collision between the defendant's trolley-car and the wagon. Upon the evidence the jury could not reasonably have found that the son was free from contributory negligence, and the situation is not one in which the doctrine of the last clear chance can be successfully invoked. The verdict for the defendant was, therefore, properly directed.

There is no error.